**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-01820-CMA-MJW

THOMAS SABINO, Individually and as parent and next friend of T.S., a minor,

    Plaintiff,

v.

PARVIN RAHIMPOUR,
ZIA RAHIMPOUR, a/k/a Ziaollah Rahimpour,
ARGHAVAN ALMONY, and
AGHDAS ROUHANI, a/k/a Mehraghdas Rouhani,

    Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF SABINO,
INDIVIDUALLY, AND AMENDING CAPTION**

---

This matter is before the Court *sua sponte*. Based on the parties' Stipulation for Dismissal With Prejudice (Doc. # 18), this case was inadvertently dismissed in its entirety. The Court DIRECTS the Clerk of the Court to reinstate this case. The Court has reviewed again the Stipulation, and ORDERS as follows:

Defendant Thomas Sabino, in his individual capacity, is DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Thomas Sabino, Individually, as a Plaintiff in this case.

DATED: September __13__, 2013

BY THE COURT:

_Christine M Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Judge