IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01820-CMA-MJW

THOMAS SABINO, as parent and next friend of T.S., a minor,

Plaintiff(s),

v.

PARVIN RAHIMPOUR,
ZIA RAHIMPOUR aka ZIAOLLAH RAHIMPOUR,
ARGHAVAN ALMONY, and
AGHDAS ROUHANI, aka MEHRAGHDAS ROUHANI,

Defendant(s).

---

**MINUTE ORDER**

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Request to Vacate All Deadlines and Hold Case in Abeyance Pending Court Approval of Minor Settlement (Docket No. 22) is granted as follows.  A Status Conference shall be held on February 13, 2014, at 9:30 a.m. in Courtroom A-502, fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  All deadlines concerning the settling parties, namely, plaintiff and defendants Parvin Rahimpour, Zia Rahimpour, and Arghavan Almony, are stayed until further Order of the court.  However, the telephonic Show Cause Hearing concerning the plaintiff's failure to serve and failure to prosecute his claims against defendant Aghdas Rouhani, a/k/a Mehraghdas Rouhani, remains set on December 4, 2013, at 9:30 a.m. (See Docket No. 16 - Order to Show Cause).

Date:  October 22, 2013