IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01820-CMA-MJW

THOMAS SABINO, as parent and next friend of T.S., a minor,

Plaintiff(s),

v.

PARVIN RAHIMPOUR,
ZIA RAHIMPOUR aka ZIAOLLAH RAHIMPOUR,
ARGHAVAN ALMONY, and
AGHDAS ROUHANI, aka MEHRAGHDAS ROUHANI,

Defendant(s).

**MINUTE ORDER**

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Unopposed Motion to Vacate Show Cause Hearing and Status Conference (Docket No. 26) is granted as follows. The Show Cause Hearing and Status Conference set on December 6, 2013, at 10:30 a.m. are VACATED, but the Show Cause Hearing is RESET on February 13, 2014, at 9:30 a.m., which is when a Status Conference is already set in this matter.

Date:  November 22, 2013